UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS | § | |
| | § | CIVIL ACTION NO. 5:20-CV-224 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| CREATIVE EDIFICATIONS, INC. | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

If needed, Plaintiff will submit a response to the Order filed as *Dkt 13*. However, voluntary dismissal under Rule 41 moots the issue with the dismissal of the instant case.

DATED: MAY 12, 2021                   Respectfully,

                                By:   /s/ R. Bruce Tharpe
                                      R. Bruce Tharpe

                                      **LAW OFFICE OF
                                      R. BRUCE THARPE, PLLC**
                                      1449 E. 12th St
                                      Brownsville, TX 78520
                                      (956) 255-5111 (Tel)

                                      ATTORNEY OF RECORD FOR
                                      PLAINTIFF JOSH LIMAS

### CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon the respondent via email notification from the Southern District of Texas ECF system on 5/12/2021.

                                      /s/ R. Bruce Tharpe
                                      R. Bruce Tharpe