United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JOSH LIMAS,** § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-224 |
| § § | |
| **CREATIVE EDIFICATIONS, INC.,** *et al*, § § | |
| Defendants. § | |

### ORDER

On May 13, 2021, Plaintiff Josh Limas filed a Notice of Voluntary Dismissal Pursuant to Rule 41(a) (Dkt. 14.) The notice (Dkt. 14) complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) because Defendant Creative Edifications, Inc. has not served either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the case has been DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.[1]

IT IS SO ORDERED.

SIGNED this 18th day of May, 2021.

_____
Diana Saldaña
United States District Judge

---

[1] Because the case has been dismissed, Plaintiff need not submit a response related to the Court's May 10, 2021 order (Dkt. 13).